UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CARL EDWARD MORELLI

                                      CASE NO. 6:18-bk-02644-KSJ
                                      CHAPTER 7
       Debtor(s).

_____/

## AFFIDAVIT OF INDEBTEDNESS

STATE OF **Texas**
COUNTY OF **Dallas**

    BEFORE ME, this day personally appeared **Barkley Sutton**, (Affiant) who under penalty of perjury, deposes and says:

    1.    I am over the age of eighteen and am authorized to make this affidavit on behalf of Rushmore Loan Management Services, LLC, servicer of the loan for MTGLQ INVESTORS, LP ("Secured Creditor and Movant").

    2.    I am **Assistant Vice President**, and am presently employed by Rushmore Loan Management Services, LLC, servicer of the loan for MTGLQ INVESTORS, LP as its Legal Process Specialist. In this position, my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

    3.    The facts stated in this affidavit are based upon records maintained in the ordinary course of Rushmore Loan Management Services, LLC, servicer of the loan for MTGLQ INVESTORS, LP's business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described. These records are Rushmore Loan Management Services, LLC, servicer of the loan for MTGLQ INVESTORS, LP's own records. I have personal knowledge of the procedures by which these records were prepared and kept.

    4.    Based upon my examination of the business records described herein, I have determined that there is now due and owing the following amounts as of May 14, 2018:

File 1000001593

| Principal Balance | | $323,189.73 |
|---|---|---|
| Interest | As of 05/14/2018 | $170,043.20 |
| Late Charges | | $1,899.50 |
| Escrow Advance | | $22,118.31 |
| Recoverable Balance | | $36,537.58 |
| Suspense Balance | | $-1,411.24 |
| Fees | | $68.00 |
| Grand Total | | $552,445.08 |

5. The loan is contractually due for the September 1, 2010 payment and all subsequent payments.

6. Based upon my examination of the business records described herein, I have determined that the sums set forth above remain due under the Note and Mortgage.

7. The Mortgage Note and Mortgage, and Supplemental Riders, Amendments, Modifications, and Assignments, if any, are attached hereto as Composite Exhibit "A" and are true and accurate copies of the originals.

8. I declare under penalty of perjury that the foregoing facts are true and correct based on personal knowledge derived from Movant's books and business records, as I have detailed heretofore.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Affiant
**Barkley Sutton**
Print or Type Name

SUBSCRIBED AND SWORN before me this __9__ day of __August__, 2018, by, **Barkley Sutton** _____ who is personally known to me or has produced __personally known__ as identification.

_____
NOTARY PUBLIC
**Arthur R. Finley III**
Print Name

My Commission Expires: __3-1-2022__

[Notary Seal: ARTHUR R. FINLEY III, NOTARY PUBLIC, STATE OF TEXAS, ID# 128178041, EXPIRES 3-1-2022]

File 1000001593