

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/27/2018 01:30 PM

COURTROOM 6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-02644-KSJ** | 7 | 05/04/2018 |

**Chapter 7**

**DEBTOR:**   Carl Morelli

**DEBTOR ATTY:**   Justin Infurna

**TRUSTEE:**   Marie E. Henkel

**HEARING:**

Motion by MTGLQ Investors for Relief from Stay re: 9 ORCHARD STREET, MADISON, NJ 07940 (Doc #38)
Note: Discharged 8/14/18
Prior Cases:
14-09683, Chapter 13 filed in Florida Middle Bankruptcy Court on 08/25/2014 , Dismissed for Other Reason on 02/19/2015;
15-34094, Chapter 13 filed in New Jersey Bankruptcy Court Njbk on 12/30/2015 , Dismissed for Failure to File Information on 03/21/2016;
15-19929, Chapter 13 filed in New Jersey Bankruptcy Court Njbk on 05/28/2015 , Dismissed for Failure to File Information on 09/23/2015.

**APPEARANCES:**:
None.

**RULING:**
Motion by MTGLQ Investors for Relief from Stay re: 9 ORCHARD STREET, MADISON, NJ 07940   (Doc #38) - Granted: Order signed in court.

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.