UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
CARL EDWARD MORELLI

                        CASE NO. 6:18-bk-02644-KSJ
                        CHAPTER 7

Debtor(s).
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Order Granting Motion for Relief from Stay [DE-43] was furnished on November 28, 2018, by U.S. Mail and/or electronic mail via CM/ECF to:

JUSTIN R INFURNA
121 SOUTH ORANGE AVE STE.1500
ORLANDO, FL 32801

MARIE E. HENKEL, TRUSTEE
3560 SOUTH MAGNOLIA AVENUE
ORLANDO, FL 32806

UNITED STATES TRUSTEE - ORL7/13
GEORGE C. YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

The parties identified below were served on November 28, 2018 by U.S. Mail.

CARL EDWARD MORELLI
1014 BANKS ROSE STREET
KISSIMMEE, FL 34747

                                        EXL Legal, PLLC
                                        Email Address: bk@exllegal.com
                                        12425 28th Street North, Suite 200
                                        St. Petersburg, FL 33716
                                        Telephone No. (727) 536-4911
                                        Attorney for the Movant

                                        By:  */s/ Alejandro Martinez-Maldonado*
                                        Alejandro Martinez-Maldonado
                                        FL BAR # 108112